[Field, J., having been counsel in the Court below, did not sit in the case.]

———

## KARTH *v.* ORTH.

Where there is no statement on appeal, this Court is confined in its examination of the case, to the judgment-roll; and where that is regular, the judgment below will be affirmed.

APPEAL from the District Court of the Sixth Judicial District, County of Sacramento.

This was an action of ejectment, to recover possession of a tract of land.

The case was tried in the Court below, before a jury, who returned a verdict for the plaintiff, and judgment was regularly entered thereon. The defendant moved the Court for a new trial, which was denied. The record embodies no statement on appeal, showing the alleged errors of the Court below. Nor does it appear from the record the grounds upon which the motion for a new trial was denied.

*J. H. McKune* for Appellant.

*Clark & Gass* for Respondent. ·

BURNETT, J., delivered the opinion of the Court—FIELD, J., concurring.

There being, in the record, no statement on appeal, we are confined to the judgment-roll, which being regular, the judgment must be affirmed.